**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | : | CASE NO.: 1:18-cv-00325 |
| | : | |
| Plaintiff, | : | Hon. Virginia M. Kendall |
| | : | |
| v. | : | Hearing Date: February 7, 2018 |
| | : | Hearing Time: 9:00 a.m. |
| TRAVELERS CAUSALTY AND SURETY COMPANY | : | |
| | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF**
**MOTION TO DISMISS, TRANSFER, OR STAY**

**TO:** See Attached Service List

PLEASE TAKE NOTICE that on **Wednesday, February 7, 2018, at 9:00 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead in Courtroom 2319 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto: **Motion to Dismiss, Transfer Venue to the District of Connecticut, or Stay These Proceedings** (Doc. #15).

                                                      DEFENDANT, TRAVELERS CASUALTY
                                                      AND SURETY COMPANY,

Joseph J. Wilson
*jjwilso1@travelers.com*
Maisel & Associates
161 N. Clark St. – Suite 800                        By /s/ Joseph K. Scully_____
Chicago, IL 60601                                      One of Its Attorneys
(312) 458-6500
(312) 458-6578 (fax)

   -and-

Joseph K. Scully(admitted PHV 1/23/18)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 881-2516 (fax)
Its Attorneys                                                    Dated: January 24, 2018

-2-

## SERVICE LIST

John E. Rodewald, Esq.
BatesCarey LLP
191 North Wacker Drive, Ste. 2400
Chicago, IL 60606

**Attorney for Allstate Insurance Company**

**Via CM/ECF**

-3-

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this date, pursuant to Rule 5 of the Federal Rules of Civil Procedure and the Northern District of Illinois' General Order on Electronic Case Filing, sec. XI, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to all parties.

                                            /s/ Joseph K. Scully_____
                                              Joseph K. Scully